# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SHARON CHOW, ) <br> ) <br> Defendant. ) | 2:10-CR-158-JCM (PAL) |

## AMENDED PRELIMINARY ORDER OF FORFEITURE

This Court finds that on April 21, 2011, defendant SHARON CHOW pled guilty to Count One of a One-Count Criminal Information charging her with Receipt of Commissions or Gifts for Procuring Loans, in violation of Title 18, United States Code, Section 215(a)(1). Docket #41, #42, #43.

This Court finds defendant SHARON CHOW agreed to the forfeiture of the property set forth in Forfeiture Allegations of the Criminal Information and in the Plea Memorandum. #42, #43.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegations of the Criminal Information and the Plea Memorandum and the offense to which defendant SHARON CHOW pled guilty.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 982(a)(2)(A); and Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c):

1       a.      $23,501.27 in United States Currency; and

2       b.      an *in personam* criminal forfeiture money judgment in the amount of $6,498.73 in United States Currency ("property").

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of SHARON CHOW in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

      Michael A. Humphreys
      Assistant United States Attorney
      Daniel D. Hollingsworth
      Assistant United States Attorney
      Nevada State Bar No. 1925
      Lloyd D. George United States Courthouse
      333 Las Vegas Boulevard South, Suite 5000
      Las Vegas, Nevada 89101

1  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein
2 need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency
3 following publication of notice of seizure and intent to administratively forfeit the above-described
4 property.
5  DATED this 26th day of July, 2011.

```
                                          _____
                                          UNITED STATES DISTRICT JUDGE
```

1 **PROOF OF SERVICE**

2     I, Elizabeth Baechler-Warren, Forfeiture Support Associate Paralegal, certify that the

3 following individual was served with a copy of the Amended Preliminary Order of Forfeiture on

4 July 21, 2011, by the below identified method of service:

5     <u>E-mail/ECF</u>:

6     Christopher R. Oram
    520 South 4th Street, 2nd Floor
7     Las Vegas, NV 89101
    Email: crorambusiness@aol.com
8     Attorney for the Defendant Sharon Chow

9

10

11                                     /s/ Elizabeth Baechler-Warren
                                    Elizabeth Baechler-Warren
12                                     Forfeiture Support Associate Paralegal

4