1

2

3

4

5

6                          **UNITED STATES DISTRICT COURT**

7                              **DISTRICT OF NEVADA**

8  UNITED STATES OF AMERICA,              )
                                          )
9                Plaintiff,               )
                                          )
10       v.                               )          2:10-CR-158-JCM (PAL)
                                          )
11  SHARON CHOW,                          )
                                          )
12 _____Defendant._____)

13                        **FINAL ORDER OF FORFEITURE**

14       On June 30, 2011, the United States District Court for the District of Nevada entered a

15  Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United

16  States Code, Section 982(a)(2)(A); and Title 18, United States Code, Section 981(a)(1)(C) and Title

17  28, United States Code, Section 2461(c), based upon the plea of guilty by defendant SHARON

18  CHOW to a criminal offense, forfeiting specific property alleged in the Information and agreed to

19  in the Plea Memorandum and shown by the United States to have a requisite nexus to the offense

20  to which defendant SHARON CHOW pled guilty. Docket #42, #43, #47.

21       The Preliminary Order of Forfeiture included an *in personam* criminal forfeiture in the

22  amount of $26,498.73 in United States Currency which was removed by the court. #47. On July 26,

23  2011, the United States District Court for the District of Nevada entered an Amended Preliminary

24  Order of Forfeiture with an *in personam* criminal forfeiture money judgment in the amount of

25  $6,498.73 in United States Currency. #50.

26  . . .

1    This Court finds the United States of America published the notice of the forfeiture in

2 accordance with the law via the official government internet forfeiture site, www.forfeiture.gov,

3 consecutively from July 14, 2011, through August 12, 2011, further notifying all third parties of their

4 right to petition the Court. #53.

5    This Court finds no petition was filed herein by or on behalf of any person or entity and the

6 time for filing such petitions has expired.

7    This Court finds no petitions are pending with regard to the assets named herein and the time

8 for presenting such petitions has expired.

9    THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,

10 title, and interest in the property hereinafter described is condemned, forfeited, and vested in the

11 United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.

12 32.2(c)(2);  Title 18, United States Code, Section 982(a)(2)(A); and Title 18, United States Code,

13 Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States

14 Code, Section 853(n)(7) and shall be disposed of according to law:

15        1.    $23,501.27 in United States Currency;

16        . . .

17

18        2.    an *in personam* criminal forfeiture money judgment in the amount of

19              $6,498.73 in United States Currency ("property").

20 . . .

21 . . .

22 . . .

23 . . .

24 . . .

25 . . .

26 . . .

1    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited

2   funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well

3   as any income derived as a result of the United States of America's management of any property

4   forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of

5   according to law.

6    The Clerk is hereby directed to send copies of this Order to all counsel of record and three

7   certified copies to the United States Attorney's Office.

8    DATED this ___7th___ day of ___October___, 2011.

9

10   _____
    UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1

CERTIFICATE OF SERVICE

2

I, Heidi L. Skillin, certify that the following individuals were served with copies of the

3

**FINAL ORDER OF FORFEITURE** on October 4, 2011 by the below identified method of service:

4

CM/ECF:

5

Christopher R. Oram
520 South Fourth Street, Second Floor

6

Las Vegas, NV 89101
crorambusiness@aol.com

7

*Counsel for Sharon Chow*

8

9

 /s/HeidiLSkillin
HEIDI L. SKILLIN

10

Forfeiture Support Associates Clerk

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26